No. 83–1205. HICKS *v.* PENNSYLVANIA. Appeal from Sup. Ct. Pa. dismissed for want of jurisdiction.

No. 83–786. SMALL *v.* BOARD OF EXAMINERS OF THE NEVADA STATE BAR. Appeal from Sup. Ct. Nev. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–971. RAFTER *v.* HIGGINS ET AL. Appeal from Ct. App. N. Y. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–1069. SARGENT *v.* GREAT AMERICAN INSURANCE CO. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–5908. ALLEN *v.* IOWA. Appeal from Sup. Ct. Iowa dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–6021. ROGERS *v.* FARQUAR. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 83–818. DAUTREMONT ET AL. *v.* COUNTY OF VENTURA. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question.

No. 83–931. ALLEN ET AL. *v.* BOARD OF ADMINISTRATION OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM. Appeal from Sup. Ct. Cal. dismissed for want of substantial federal question.

No. 83–1106. C'EST LA PLACE *v.* GRONER APARTMENTS. Appeal from Ct. App. La., 3d Cir., dismissed for want of substantial federal question.

No. 83–1131. TORJESEN *v.* SMITH. Appeal from App. Ct. Ill., 5th Dist., dismissed for want of substantial federal question.